BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JERIEL SALINAS,<br><br>                  Defendant, | CASE NO.  1:11-cr-00026 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: May 12, 2014<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 24, 2014 at 8:30 a.m.

2. By this stipulation, the parties now move to continue the sentencing hearing to **May 12, 2014 at 8:30 a.m.** before United States District Judge Lawrence J. O'Neill.

3. The continuance of the sentencing hearing is being requested by the defendant. The defendant has proposed to provide information to the government regarding pending matters in this

1

case. The defendant needs additional time to consult with counsel and to meet with and provide his information to the government. The parties would then need time to evaluate the provided information in the context of the pending matters in this case, and in light of the applicable factors at sentencing. The defendant requests that the sentencing hearing be continued to May 12, 2014 in the interest of justice to provide sufficient time for these steps to be completed.

4. The government has no objection to defendant's request to continue the sentencing hearing.

5. The parties believe that the requested continuance is in the interest of justice and would likely result in a more efficient sentencing proceeding.

6. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

DATED:     February 4, 2014

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Henry Z. Carbajal III
                                                HENRY Z. CARBAJAL III
                                                Assistant United States Attorney

DATED:     February 4, 2014

                                                /s/Eric K. Fogderude
                                                ERIC K. FOGDERUDE
                                                Counsel for Defendant
                                                JERIEL SALINAS

///

///

2

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Jeriel Salinas is continued from February 24, 2014 to May 12, 2014 at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   **February 5, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

3